# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MICHAEL JOSEPH EMERY,

  Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and WELLS FARGO BANK, N.A.,

  Defendants.

_____/

CASE NO.: 6:24-cv-01977-RBD-EJK

## NOTICE OF SETTLEMENT AS TO DEFENDANT, TRANS UNION LLC

COMES NOW Plaintiff, MICHAEL JOSEPH EMERY, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, TRANS UNION LLC, have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 19th day of December, 2024.

    /s/Octavio Gomez
    Octavio "Tav" Gomez
    Florida Bar #:0338620
    Georgia Bar #: 617963
    Pennsylvania #: 325066
    The Consumer Lawyers, PLLC
    501 E. Kennedy Blvd, Ste 610

2

Tampa, Fl 33602
Office: (813)299-8537
Facsimile: (844)951-3933
Primary Email:
Tav@theconsumerlawyers.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 19th day of December, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

**/s/ Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar No.: 0338620
The Consumer Lawyers
*Attorney for Plaintiff*

2