UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL JOSEPH EMERY,

      Plaintiff,

v.                                                                                        Case No:   6:24-cv-1977-RBD-EJK

EXPERIAN INFORMATION
SOLUTIONS, INC.; TRANS UNION
LLC; and WELLS FARGO BANK,
N.A.,

      Defendants

---

**ORDER OF DISMISSAL**

This cause is before the Court upon the Plaintiff's Notice of Settlement as to Defendants Trans Union LLC and Experian Information Solutions, Inc. (Doc. 37 and 38), indicating that these parties have settled. Accordingly, it is **ORDERED AND ADJUDGED**:

    1.    That Plaintiff Michael Joseph Emery individual claims and actions against Defendants Trans Union LLC and Experian Information Solutions, Inc. are hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order

or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. The Clerk is **DIRECTED** to terminate Defendants Trans Union LLC and Experian Information Solutions, Inc.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on December 26, 2024.



ROY B. DALTON, JR.
United States District Judge