UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL JOSEPH EMERY,

  Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., TRANS UNION
LLC, and WELLS FARGO BANK, N.A.,

  Defendants.
_____/

CASE NO.: 6:24-cv-01977-RBD-UAM

**NOTICE OF SETTLEMENT AS TO DEFENDANT,
WELLS FARGO BANK, N.A.**

COMES NOW Plaintiff, MICHAEL JOSEPH EMERY, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, WELLS FARGO BANK, N.A., have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 28th day of March, 2025.

    **/s/ Octavio Gomez**
    Octavio "Tav" Gomez
    Florida Bar No.: 0338620
    Georgia Bar No.: 617963
    Pennsylvania No.: 325066
    The Consumer Lawyers PLLC
    501 E. Kennedy Blvd, Ste 610

Tampa, Fl 33602<br>
Cell: (813) 299-8537<br>
Facsimile: (844) 951-3933<br>
Tav@theconsumerlawyers.com<br>
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on this 28th day of March, 2025 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

**/s/ Octavio Gomez**<br>
Octavio "Tav" Gomez<br>
Florida Bar No.: 0338620<br>
The Consumer Lawyers PLLC<br>
*Attorney for Plaintiff*