**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

MICHAEL JOSEPH EMERY,

    Plaintiff,

v.                                                          Case No.  6:24-cv-1977-RBD-UAM

WELLS FARGO BANK, N.A.,

    Defendant.
_____

**<u>ORDER OF DISMISSAL</u>**

This cause is before the Court upon the filing of the Joint Stipulation of Dismissal as to Defendant, Wells Fargo Bank, N.A. (Doc. 56.)  The notice is effective without an order.  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012); *see also Est. of West v. Smith*, No. 20-10071, 2021 WL 3699467, at *4 (11th Cir. Aug. 20, 2021).

Accordingly, it is **ORDERED** that Plaintiff Michael Joseph Emery's individual claims and action against Defendant, Wells Fargo Bank, N.A., are hereby **DISMISSED WITH PREJUDICE**. The clerk is **DIRECTED** to terminate Wells Fargo Bank, N.A. as a party to this action. The file is to remain closed.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 9, 2025.



ROY B. DALTON, JR.
United States District Judge